```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 20935
   SARAH JOHNS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-2651


------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/08/2007 and was not confirmed.

     The case was dismissed without confirmation 01/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG         .00             .00           .00
THE JUDICIAL SALES CORP  SECURED NOT I         .00             .00           .00
CITI RESIDENTIAL LENDING CURRENT MORTG         .00             .00           .00
CITI RESIDENTIAL LENDING SECURED NOT I         .00             .00           .00
PRO SE DEBTOR            DEBTOR ATTY           .00                           .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------        --------------
TOTALS                        .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 04/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```